```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
WILLIAM M. TYREE,             )
          Plaintiff,          )
                              )
v.                            )   Civil Action No.
                              )   23-12518-WGY
MAURA T. HEALEY, Governor,    )
          Defendant.          )
_____)
```

                                ORDER

YOUNG, D.J.                                        March 18, 2024

1. The Clerk shall issue a summons for service of the amended complaint on the defendant.

2. Tyree shall have 90 days from the date of the issuance of the summons to complete service. Failure to complete service within 90 days may result in dismissal of the action without further notice from the Court. See Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

3. The renewed motion (Doc. No. 20) to be heard in person is DENIED.

4. The renewed motion (Doc. No. 21) to serve the amended complaint via certified mail is DENIED.

5. The renewed motion (Doc. No. 22) for permission to serve two-sided copies is DENIED.

**SO ORDERED.**

Dated: March 18, 2024            /s/ William G. Young
                                 WILLIAM G. YOUNG
                                 UNITED STATES DISTRICT JUDGE